NATHAN RAPAPORT, as Administrator, etc., of FRIEDA RAPAPORT, Deceased, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CAROLINE OSTROVE, Respondent, v. LOUIS W. OSTROVE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL SULTAN, Respondent, v. JULIUS CORN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BERNARD BERGH, an Infant, by ROSE COUGHLIN, His Guardian ad Litem, Respondent, v. STEVENSON & CAMERON, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GUSSIE SONNENSTRAHL and Another, Appellants, v. RAVEN-HALL, INC., Respondent.— Judgment reversed and new trial ordered, with costs to the appellants to abide the event, on the ground that the evidence raised a question of fact for the jury as to the negligence of the defendant in maintaining the pipe. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

KARL FRIEDMAN, Respondent, v. LOURIS REALTY COMPANY, INC., Appellant, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of SIMON O. POLLOCK, an Attorney.— Reference ordered to Hon. Joseph E. Newburger, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.